**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JENNIFER BUSTAMANTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Consolidated Case |
| v. ) | No. 4:08CV833 TIA |
| ) | |
| WALGREENS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |
| ) | |
| JENNIFER BUSTAMANTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Associated Case |
| v. ) | No. 4:08CV834 TIA |
| ) | |
| WALGREENS, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon its own motion. Plaintiff has filed two similar employment discrimination actions against defendant. Because the complaints involve common questions of law and fact, the Court finds that the cases should be consolidated under Fed. R. Civ. P. 42 to avoid unnecessary costs and to promote judicial efficiency.

Accordingly,

**IT IS HEREBY ORDERED** that <u>Bustamante v. Walgreens</u>, 4:08CV834 TIA, is consolidated into <u>Bustamante v. Walgreens</u>, 4:08CV833 TIA, for remaining pretrial proceedings and trial. All future pleadings shall be filed in Consolidated Case No. 4:08CV833 TIA, with the consolidated case caption set forth above.

Dated this  20th   day of June, 2008.

　　　　　　　　　　　　　　　　　　       /s/ Terry I. Adelman       
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE