UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JENNIFER BUSTAMANTE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:08CV00833 ERW |
| WALGREENS, | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

This matter comes before the Court on Defendant's Motion to Dismiss for Failure to Prosecute [doc. #20].

On June 9, 2008, Plaintiff Jennifer Bustamante ("Plaintiff") filed this employment discrimination lawsuit against Defendant Walgreens ("Defendant"). On March 3, 2009, Defendant filed its Motion to Dismiss, claiming that Plaintiff has failed to prosecute her complaint and comply with this Court's orders. Plaintiff failed to file a response to Defendant's Motion to Dismiss. On March 25, 2009, this Court ordered Plaintiff to show cause why Defendant's Motion to Dismiss should not be granted. That response period ended on April 3, 2009, and Plaintiff has failed to respond to the Order of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss for Failure to Prosecute [doc. #20] is **GRANTED**. Plaintiff's claims against Defendant in the above-styled action are **DISMISSED**, with prejudice.

Dated this 30th Day of April, 2009.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE